1  FUTTERMAN & DUPREE LLP
   MARTIN H. DODD (104363)
2  JAMIE L. DUPREE (158105)
   160 Sansome Street, 17th Floor
3  San Francisco, California 94104
   Telephone:  (415) 399-3840
4  Facsimile:   (415) 399-3838
   martin@dfdlaw.com
5  jdupree@dfdlaw.com

6  *Attorneys for Defendant*
   Robert Sillen, individually and
7  as Receiver

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10                        **SACRAMENTO DIVISION**

11  MEDICAL DEVELOPMENT                    Case No. 2:07-CV-02199 WBS EFB
    INTERNATIONAL, a Delaware corporation,
12
            *Plaintiff*,                   **STIPULATION FOR ORDER AND**
13                                         **PROPOSED ORDER CONTINUING**
         v.                                **SCHEDULING CONFERENCE**
14                                         **CURRENTLY SET FOR DECEMBER 3,**
    CALIFORNIA DEPARTMENT OF               **2007**
15  CORRECTIONS AND REHABILITATION,
    ROBERT SILLEN, individually and as
16  Receiver,

17            *Defendants*.

18

19

20          The parties, by and through their respective counsel, stipulate pursuant to Civil L.R. 83-

21  143 and 6-144 for an Order continuing the Status (Pretrial Scheduling) Conference, currently set

22  for December 3, 2007 at 2:00 p.m., to January 21, 2008.  The stipulation is based on the

23  following facts.

24      1.  On October 16, 2007, Defendant Receiver Robert Sillen ("Receiver") removed this action

25          from the California Superior Court for Sacramento County to this Court pursuant to 28

26          U.S.C. § 1442.

27      2.  The Receiver filed a motion to dismiss all claims in the complaint on October 17, 2007

28          and set the hearing on that motion on November 26, 2007.

1

3. Defendant California Department of Corrections and Rehabilitation ("CDCR") obtained an extension of time to respond to the complaint, through and including November 15, 2007.  If CDCR files a motion to dismiss, that motion will not be heard until the latter part of December 2007 or the first part of January 2008 at the earliest.

4. Pursuant to this Court's Order Setting Status (Pretrial Scheduling) Conference, dated October 17, 2007 ("October 17 Scheduling Order"), the parties must meet and confer by no later than November 12, 2007 with respect to the items listed in the October 17 Scheduling Order and submit a joint Scheduling Conference Statement by November 19, 2007.  However, as a result of the Receiver's pending motion to dismiss and any motion to dismiss that may be filed by CDCR, at the time the parties are required to meet and confer and to submit the joint statement it will not be clear which, if either, of the defendants will be a party to the action going forward or what, if any, claims will remain in the case.

5. It will be difficult for the parties to develop a meaningful discovery plan or to make appropriate initial disclosures unless and until the Court rules on which parties and which claims, if any, will remain in the case.  In addition, the upcoming holiday season may make it difficult for the parties to meet and confer sufficiently and prepare a joint statement before the New Year.

6. Based on the foregoing, the parties submit that continuing the Status (Pretrial Scheduling) Conference until after the initial pleading motion(s) has/have been heard and ruled upon will avoid unnecessary expenditure of the parties' and the court's time and resources in preparing for and attending the Conference currently set for December 3, 2007.

7. Accordingly, the parties stipulate for an Order continuing the Status (Pretrial Scheduling) Conference to January 21, 2008 or as soon thereafter as the Court may deem appropriate. If the case proceeds in this Court, any parties remaining in the case shall meet and confer with respect to the matters in the Court's Order 17 Scheduling Order and shall submit a joint statement by January 7, 2007.

1        //

2    Dated: November 7, 2007                    FUTTERMAN & DUPREE LLP

3
                                                By_____/s/_____
4                                                   Martin H. Dodd
                                                Attorneys for Defendant Receiver Robert
5                                               Sillen

6    Dated: November __, 2007                   WATT, TIEDER, HOFFAR & FITZGERALD
                                                LLP
7

8                                               By_____
                                                    Bennett Lee
9                                               Attorneys for Plaintiff Medical Development
                                                International
10
                                                OFFICE OF THE ATTORNEY GENERAL
11   Dated: November __, 2007

12                                              By_____
                                                    Michelle M. Mitchell
13                                                  Deputy Attorney General
                                                Attorneys for Defendant California
14                                              Department of Corrections and Rehabilitation

15

16                                          ORDER

17

18          Based on the foregoing stipulation of the parties, it is hereby ORDERED that the Status

19   (Pretrial Scheduling) Conference currently set for December 3, 2007 be and hereby is continued

20   **to January 28, 2008 at 2:00 p.m.**  Any parties remaining in the case shall meet and confer with

21   respect to the matters set forth in the Order Setting Status (Pretrial Scheduling) Conference, filed

22   October 17, 2007, and shall submit a joint pretrial scheduling statement by no later than January

23   7, 2007.

24   Dated:  November 13, 2007

25

26                          WILLIAM B. SHUBB
                            UNITED STATES DISTRICT JUDGE
27

28

FUTTERMAN &
DUPREE LLP