Bennett J. Lee (Bar No. 230482)
Garrett E. Dillon (Bar No. 216811)
David R. Chamberlin (Bar No. 250148)
WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
Citigroup Center
One Sansome Street, Suite 1050
San Francisco, California 94104
Telephone (415) 623-7000
Facsimile (415) 623-7001

Attorneys for Plaintiff
MEDICAL DEVELOPMENT INTERNATIONAL

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| MEDICAL DEVELOPMENT INTERNATIONAL, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, and ROBERT SILLEN, an individual, and ROBERT SILLEN, in his capacity as a receiver, and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO.: CV 07-02199 WBS-EFB<br><br>**DECLARATION OF GARRETT E. DILLON IN SUPPORT OF PLAINTIFF MEDICAL DEVELOPMENT INTERNATIONAL'S APPLICATION AND REQUEST FOR LEAVE TO SHORTEN TIME**<br><br>**REQUESTED HEARING DATE:**<br>Hearing Date:  November 26, 2007<br>Time:  2:00pm<br>Courtroom:  5<br>Judge:  Hon. William B. Shubb |

I, Garrett E. Dillon, hereby declare:

1.  I am an attorney licensed to practice before all of the Courts of the State of California and I am admitted to practice before the United States District Court in the Eastern District of California ("District Court"). I am an associate in the law firm of Watt, Tieder, Hoffar & Fitzgerald, L.L.P., attorneys of record for plaintiff Medical Development International ("MDI"). I make this declaration in support of MDI's Application and Request for Leave to Shorten Time pursuant to Local Rule 6-144(e) and Local Rule 78-230 of the District Court (hereafter generally, "Local Rules") and in compliance with instructions from this Court.

1

DECLARATION OF GARRETT E. DILLON IN SUPPORT OF MDI'S APPLICATION TO SHORTEN TIME

2. On September 17, 2007, MDI filed a complaint for damages against Defendant Robert Sillen in his capacity as a federally appointed receiver, against Defendant Robert Sillen in his capacity as an individual (collectively "Mr. Sillen") and against the California Department of Corrections and Rehabilitation in the Superior Court of the State of California, County of Sacramento.

3. Mr. Sillen removed all causes of action against him to the District Court on October 16, 2007.

4. Mr. Sillen filed a Motion to Dismiss the removed causes of action in the District Court on October 17, 2007.

5. On November 13, 2007, MDI filed its opposition to the Motion to Dismiss. MDI also concurrently filed a motion to strike references to extrinsic evidence in the Motion to Dismiss on November 13, 2007 ("Motion to Strike").

6. Pursuant to Local Rule 78-230(e), MDI noticed the Motion to Strike to be heard on November 26, 2007, the same day and time for which the hearing on Mr. Sillen's Motion to Dismiss is scheduled. MDI's motion addresses extrinsic evidence attached to Mr. Sillen's Motion to Dismiss, which MDI contends is improper for consideration. Pursuant to Local Rule 78-230, MDI's Motion to Strike must be heard in conjunction with Mr. Sillen's Motion to Dismiss.

7. On November 13, 2007, Ms. Kirksey Smith, clerk to the Honorable Judge Shubb, issued a minute order instructing MDI to file an Application and Request for Leave to Shorten Time ("Application") pursuant to Local Rule 6-144(e) in order to have the Motion to Strike heard on November 26, 2007.

8. On November 13, 2007, my office contacted Mr. Martin H. Dodd ("Mr. Dodd"), Mr. Sillen's counsel, to inquire whether Mr. Sillen would oppose the Application.

///
///
///
///
///

2

DECLARATION OF GARRETT E. DILLON IN SUPPORT OF MDI'S APPLICATION TO SHORTEN TIME

1    9.   Mr. Dodd agreed to the shortened time frame, providing that MDI agreed to allow Mr. Sillen up until November 19, 2007 to file any opposition to the Motion to Strike and that any reply to Mr. Sillen's opposition be filed no later than November 21, 2007. MDI consented to Mr. Dodd's conditions. The stipulated time table for the Motion to Strike is reflected in the Proposed Order filed herewith. As such, it is MDI's understanding that Mr. Sillen will not contest the Application.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed this 14th day of November, 2007 at San Francisco, CA.

Dated: November 14, 2007

**WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.**

By: <u>-s- Garrett E. Dillon</u>
 Bennett J. Lee
 Garrett E. Dillon
 David Chamberlin
 Attorneys for Plaintiff
 MEDICAL DEVELOPMENT
 INTERNATIONAL